UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Noor & Hely Norris<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: 1:11-bk-18591-VK<br>Operating Report Number: 34<br>For the Month Ending: September - 2014 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (Summary of Accounts)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORT    4,668,200.81

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    4,609,392.39

3. BEGINNING BALANCE:    80,819.56

4. RECEIPTS DURING CURRENT PERIOD:    24,638.27

5. BALANCE:    105,457.83

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD    46,649.41

7. ENDING BALANCE:    58,808.42

8. General Account Number(s):

| | |
|---|---|
| General Account Number(s): | #0542, # 7053, Afghan Acct #0391 |
| | Bank Of The West |
| Depository Name & Location: | 19953 Rinaldi Street |
| | Porter Ranch, CA 91326 |

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
*** This amount should be the same as the total from page 2.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Norr & Hely Norris<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS) |
|---|---|
| | Case Number: 1:11-bk-18591-VK |
| | Operating Report Number: 34 |
| | For the Month Ending: September - 2014 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $2,179,132.56

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $2,130,021.30

3. BEGINNING BALANCE: 71,987.90

4. RECEIPTS DURING CURRENT PERIOD: 21,453.27

5. BALANCE: 93,441.17

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD 44,329.91

7. ENDING BALANCE: 49,111.26

8. General Account Number(s): #0542

   Depository Name & Location:
   Bank Of The West
   19953 Rinaldi Street
   Porter Ranch, CA 91326

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
*** This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/2/2014 | Debit | United | United | 25 |
| 9/2/2014 | Debit | Arco | gas | 52.86 |
| 9/2/2014 | Debit | WM Super Cnter | Groceries | 188.09 |
| 9/2/2014 | Debit | Smart&final | Groceries | 34.69 |
| 9/3/2014 | Debit | WallGreen | Groceries | 35.93 |
| 9/3/2014 | Elic | kings Market | Groceries | 49.09 |
| 9/3/2014 | Elic | Usairways | Us Airways | 25.00 |
| 9/3/2014 | Debit | Zgallere | Furniture | 1,046.13 |
| 9/4/2014 | Debit | Women Gym | gym | 36.99 |
| 9/4/2014 | Debit | Carls Jr | Lunch | 22.96 |
| 9/4/2014 | Debit | Ann Taylor | Clothes | 43.06 |
| 9/4/2014 | Debit | Joann | Clothes | 43.77 |
| 9/4/2014 | Debit | WM Super Cnter | Groceries | 11.90 |
| 9/4/2014 | Debit | NailSpa Sallon | Spa Terapy | 76.00 |
| 9/4/2014 | Debit | Cheeskake | Diner | 60.83 |
| 9/4/2014 | Debit | Maycys | Clothes | 103.55 |
| 9/4/2014 | Debit | Luxottica | Clothes | 163.45 |
| 9/5/2014 | Elic | Victoria Sec | clothes | 82.84 |
| 9/5/2014 | Debit | Shell | gas | 66.00 |
| 9/6/2014 | Debit | Ross Morgan | Hoa | 265.00 |
| 9/6/2014 | ATM | Ponda Exp | Heath Insurance | 253.57 |
| 9/6/2014 | Debit | Wellfargo Dealer | Gmc payment | 481.42 |
| 9/7/2014 | Debit | Quality Inn | Hotel | 70.39 |
| 9/7/2014 | Debit | Romanos | Diner | 35.62 |
| 9/7/2014 | Debit | Soup Plant | Lunch | 21.12 |
| 9/7/2014 | Debit | Wholefood | Groceries | 74.07 |
| 9/8/2014 | Debit | Forever 21 | Clothes | 103.22 |
| 9/8/2014 | Debit | Hco | Clothes | 48.98 |
| 9/8/2014 | Debit | H&M | Clothes | 55.37 |
| 9/8/2014 | Debit | Maycys | Clothes | 92.65 |
| 9/8/2014 | Debit | Sephora | clothes | 136.20 |
| 9/8/2014 | Debit | Zumies | Clothes | 59.86 |
| 9/8/2014 | Elic | FoothLoker | FootLoker | 130.80 |
| 9/8/2014 | Debit | Vans | Shose | 49.05 |
| 9/8/2014 | Debit | WM Super Cnter | WMsoupercenter | 159.18 |
| 9/9/2014 | Debit | Arco | gas | 100.00 |
| 9/9/2014 | Debit | Subway | Lunch | 16.85 |
| 9/9/2014 | Debit | Sharpes | Clothes | 19.00 |
| 9/10/2014 | Debit | Steve M | clothse | 98.05 |
| 9/10/2014 | Debit | PP Cleaners | Cleaners | 46.44 |
| 9/10/2014 | Debit | Norris | Helth Insurnce | 465.96 |
| 9/10/2014 | Debit | kings Market | Groceries | 82.49 |

| Date | Type | Payee | Description | Amount |
|---|---|---|---|---|
| 9/10/2014 | Debit | Smart&final | Groceries | 54.00 |
| 9/10/2014 | Debit | Trader Joe | Groceries | 21.13 |
| 9/10/2014 | Debit | WallMart | Groceries | 33.42 |
| 9/11/2014 | Debit | Arco | gas | 58.36 |
| 9/11/2014 | Debit | Cvs | David Glass | 215.54 |
| 9/11/2014 | Debit | Wholefood | Groceries | 34.44 |
| 9/11/2014 | Debit | Chatsworth | Car Wash | 16.00 |
| 9/12/2014 | Debit | Arco | gas | 78.35 |
| 9/14/2014 | Debit | CJ Grand Spa | Spa Terapy | 45.00 |
| 9/15/2014 | Debit | WM Super Cnter | Groceries | 35.94 |
| 9/15/2014 | Debit | McDonollds | Lunch | 28.25 |
| 9/15/2014 | Debit | Little Caesars | Pizza | 22.77 |
| 9/16/2014 | Debit | kings Market | Groceries | 30.95 |
| 9/16/2014 | Debit | NailSpa Sallon | Nails | 58.00 |
| 9/16/2014 | Debit | Anthom BC | Helth Insurnce David Diana | 325.32 |
| 9/14/2014 | Debit | Anthom BC | Health Insurance David Diana | 10.72 |
| 9/14/2014 | Debit | Ralphes | Groceries | 205.10 |
| 9/15/2014 | Debit | Cvs | Cvs | 57.97 |
| 9/19/2014 | Debit | WallMart | Groceries | 280.92 |
| 9/19/2014 | Debit | kings Market | Groceries | 28.16 |
| 9/18/2014 | Debit | Trader Joe | Groceries | 13.15 |
| 9/18/2014 | Debit | Marshalls | Wholfood | 107.79 |
| 9/16/2014 | Debit | Timewarner | Cable 2 Months | 417.68 |
| 9/16/2014 | Debit | Vision Max | David aye | 70.00 |
| 9/18/2014 | Debit | Twg | Lunch | 10.90 |
| 9/18/2014 | Debit | Twg | Lunch | 10.90 |
| 9/18/2014 | Debit | Ralphes | Groceries | 73.83 |
| 9/19/2014 | Debit | Good Mood | Foot Masage | 30.00 |
| 9/19/2014 | Debit | NailSpa Sallon | Spa Terapy | 63.00 |
| 9/23/2014 | Debit | Arco | gas | 78.12 |
| 9/24/2014 | Debit | Arco | gas | 89.35 |
| 9/24/2014 | Debit | Forever 21 | clothes | 91.44 |
| 9/21/2014 | Debit | Unoversal Ins | insurance | 426.50 |
| 9/21/2014 | Debit | BHCosemetic | Cosemetic | 99.27 |
| 9/21/2014 | Debit | kings Market | Groceries | 55.60 |
| 9/22/2014 | Debit | Galleria Mkt | Groceries | 29.95 |
| 9/22/2014 | Debit | kings Market | Groceries | 31.83 |
| 9/22/2014 | Debit | Smart&final | Groceries | 44.38 |
| 9/22/2014 | Debit | Bombay Spices | Spices | 18.00 |
| 9/26/2014 | Debit | Ulta | ULTA | 126.38 |
| 9/26/2014 | Debit | Village Tandoor | Diner | 40.20 |
| 9/26/2014 | Debit | A.Beverly Hills | Anastasia | 168.95 |
| 9/28/2014 | Debit | Forum | Tarpy Spa | 57.00 |
| 9/28/2014 | Debit | Arco | gas | 54.90 |
| 9/29/2014 | Debit | Joann | Joann | 66.58 |
| 9/29/2014 | Debit | Cvs | Cvs | 13.05 |
| 9/29/2014 | Debit | kings Market | Groceries | 55.17 |

| Date | Type | | Payee | Description | Amount |
|------|------|---|-------|-------------|--------|
| 9/30/2014 | Debit | | Zgallere | Furniture | 522.33 |
| 9/30/2014 | Debit | | Pacific Sun | Glass | 27.20 |
| 9/30/2014 | Debit | | Forever 21 | Clothes | 25.83 |
| 9/30/2014 | Debit | | WM Super Cnter | Groceries | 129.24 |
| 9/30/2014 | Debit | | Inn n Out | Lunch | 9.48 |
| 9/30/2014 | Debit | | California Chicken | Diner | 15.25 |
| | | | | | |
| 9/2/2014 | 3165 | David Norris | | David School Alawences | 400.00 |
| 9/8/2014 | 985078 | OcWen | | Via Sansovino Mortgage & Prop Tax | 5,853.50 |
| 9/15/2014 | 3168 | Dennis McGoldrick | | Attorny Fee | 27,204.00 |
| 9/16/2014 | 3166 | David Norris | | David School Alawences | 500.00 |
| 9/16/2014 | 3167 | David Norris | | Books | 480.00 |
| 9/23/2014 | 3169 | Sun Y Pool Services | | Pool Service  Months | 75.00 |

|  | TOTAL DESBURSEMENT | | | | 44,329.91 |

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____9/30/2014_____ Balance on Statement: _____$49,111.26_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             | $49,111.26 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Norr & Hely Norris<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:  1:11-bk-18591-VK<br>Operating Report Number:  34<br>For the Month Ending:  September - 2014 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (AHWANEE LANE CC ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORT        $89,519.62

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL        $81,246.98
ACCOUNT REPORTS

3.  BEGINNING BALANCE:        7,407.14

4.  RECEIPTS DURING CURRENT PERIOD:        3,185.00

5.  BALANCE:        10,592.14

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD        2,319.50

7.  ENDING BALANCE:        8,272.64

8.  General Account Number(s):

| #7053 |
|---|
| Bank Of The West |
| 19953 Rinaldi Street |
| Porter Ranch, CA 91326 |

Depository Name & Location:

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
*** This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM AHWANEE LANE CC ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 9/10/2014 | Elect | Wells Fargo Bank | Mortgage Payment | 2,134.50 |
| | | | | |
| 9/10/2014 | 985067 | The Hights | HOA | 185.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 2,319.50 |

## AHWANEE LANE CC ACCOUNT
## BANK RECONCILIATION

Bank statement Date:  _____9/30/2014___  Balance on Statement:  _____$8,272.64___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:  _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                      | $8,272.64 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Norr & Hely Norris<br><br>Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:          1:11-bk-18591-VK<br>Operating Report Number:      34<br>For the Month Ending:     September - 2014 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (AFGHANISTAN ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPOI     $2,418,579.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     $2,417,154.48

3.  BEGINNING BALANCE:     1,424.52

4.  RECEIPTS DURING CURRENT PERIOD:     0.00

5.  BALANCE:     1,424.52

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD     0.00

7.  ENDING BALANCE:     1,424.52

8.  General Account Number(s):     #0391
                            Kabul Main Branch

     Depository Name & Location:     House 993, 14th Street of Wazir Akbar khan, Dist 10
                                         Kabul, Afghanistan

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM AFGHANISTAN ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 0.00 |
| | | | | |
| | | | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Wells Fargo | Bi Weekly | 1067.25 | 0 | 0.00 |
| Bank Of America ELOC | Monthly | | 0 | 0.00 |
| OcWen | Monthly | 5853.5 | 0 | 0.00 |
| Chase | Monthly | | 0 | 0.00 |
| Bank Of America ELOC | Monthly | | | 0.00 |
| | | | | |
| Pool Services Sun | Monthly | 75 | 0 | 0.00 |
| Garcia Landscaping | Monthly | 95 | 0 | 0.00 |
| Erasmo C.R Landscape | Monthly | 50 | 0 | 0.00 |
| | | | | |
| Ross Morgan & Co. | Monthly | 235 | 0 | 0.00 |
| The Heights | Monthly | 185 | 0 | 0.00 |
| Porter Ranch Maintenan | Monthly | 40 | 0 | 0.00 |
| | | | | |
| Wells Fargo Dealer Ser | Monthly | 481.42 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| Ave J . | Allied Insurance Services | 500000.00 | 12/14/2014 | 12/14/2014 |
| Ahwanee Ln | Allstate | 450000.00 | 12/29/2014 | 12/29/2014 |
| Vac Land | Allstate | | | |
| All Vehicle | Allstate | 100 /300 / 50 | 1/15/2015 | 1/15/2015 |
| Via Sansovino | California Fair Plan | 900000.00 | 8/7/2015 | 8/7/2015 |
| Kettering | McGraw Insurance | 110000.00 | 4/16/2015 | 4/16/2015 |

## I.D. SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

|  |  |  |
|---|---|---|
| General Account: | | 49,111.26 |
| Payroll Account: | | |
| Tax Account: | | |
| *Other Accounts: | CC Ahwanee Lane | 8,272.64 |
| | Afghanistan Acct | 1,424.52 |
| *Other Monies: | | |
| **Petty Cash (from below): | | 0.00 |

### TOTAL CASH AVAILABLE:                                    58,808.42

### Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### TOTAL PETTY CASH TRANSACTIONS:                        0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

\*\* Attach Exhibit Itemizing all petty cash transactions

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2011 | 2,299.97 | 325.00 | 23-Mar-2012 | 325.00 | 0.00 |
| 31-Mar-2012 | 91,623.53 | 975.00 | 5-May-2012 | 1,625.00 | 0.00 |
| June/31/2012 | 29,343.95 | 650.00 | 22-Jul-2012 | 650.00 | 0.00 |
| Sep /31/2012 | 95,659.51 | 975.00 | 28-Oct-2012 | 975.00 | 0.00 |
| Dec/31/2012 | 753,752.92 | 4,875.00 | 7-Mar-2013 | 4,875.00 | 0.00 |
| Mar/31/2013 | 822,399.22 | 4,875.00 | 3-May-2013 | 4,875.00 | 0.00 |
| June /30/2013 | 638,514.07 | 4,875.00 | 23-Jul-2013 | 4,875.00 | 0.00 |
| Sept/30/2013 | 284,770.70 | 1,950.00 | 14-Nov-2013 | 1,950.00 | 0.00 |
| Jan/08/14 | 120,954.00 | 1,625.00 | 8-Apr-2014 | 975.00 | 0.00 |
| 8-Apr-2014 | Balance Forward | | Credit Balance | 2,275.00 - | 0.00 |
| 8-Jul-2014 | 76,782.00 | 975.00 | 8-Jul-2014 | 975.00 | 0.00 |
| | | | Credit Balance | 1,300.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

XI. QUESTIONNAIRE

|  | No | Yes |
|---|---|---|
| 1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | ___ |

|  | No | Yes |
|---|---|---|
| 2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|
| 6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | ___ |

I,  Noor Norris,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____

Signature of Debtor or Principal of Debtor-in-Possession

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | x | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | x | |

3.

State what progress was made during the reporting period toward filing a plan of reorganization

4.   Describe potential future developments which may have a significant impact on the case:

5.   Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | x | |

I,   Noor Norris,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

OCT -    - 20 (4

Signature of Debtor or Principal of Debtor-in-Possession

Account Details

*Afghan United Bank*

*Sep 2014*

## Account Details

Select Account:    0000 ●●● 00 ●● USD ●● 0391 KABUL MAIN BRANCH    ‹

**Name:** Noor Sayeed

**Account Number:** ●●●●●●●●0391

**Account Relationship:** Single

**Branch:** KABUL MAIN BRANCH [001]

**Account Currency:** USD

**Opening Date:** 04-04-2011

**Account Type:** Current and Savings

**Account Status:** Account Enabled

**Product Name:** CURRENT ACCOUNT INDIVIDUAL

**Cheque Book:** Yes

**Overdraft Allowed:** No

**Current Balance:** 1,424.52

**Amount on Hold:** 0.00

**Uncleared Funds:** 0.00

**Overdraft Limit:** 0.00

**Balance Available:** 1,424.52

**Minimum Balance Required:** 100.00

**Net Available Balance For Withdrawal:** 1,324.52

**ATM Daily Withdrawal Limit:** 0.00

**Eligible Advance Against Uncleared Funds Limit:** 0.00



# BANK OF THE WEST | PREMIER

BNP PARIBAS GROUP

NOOR NORRIS
HELY J NORRIS
20358 VIA SANSOVINO DR.
PORTER RANCH CA 91326

## Statement of Accounts

September 1, 2014 - September 30, 2014

Page 1 of 14

## IMPORTANT INFORMATION

Effective Oct. 17, 2014 the MasterCard Zero Liability Policy is changing. You will not be liable for any unauthorized Debit Card transactions if you can show that you exercised reasonable care in safeguarding your card from loss or theft and on becoming aware of the loss or theft, you promptly report it to us. If you don't meet these conditions, you may be liable for the full amount of the unauthorized transaction(s).

## At your service

 bankofthewest.com/premier

1-844-2GO-WEST
1-844-246-9378

## ACCOUNTS SUMMARY

| Checking | Account Number | Previous Balance | Balance as of 9/30/14 |
|---|---|---|---|
| Easy Checking | 7053 | $7,407.14 | $8,272.64 |
| Bank Of The West Premier Chkg | 0542 | 71,987.90 | 49,111.26 |
| **Total Assets** | | **$79,395.04** | **$57,383.90** |

## ACCOUNT SERVICES

One or more of your accounts includes the convenient services checked below. See individual account sections for specific services.

☑ Online Banking
☑ Debit Card
☐ Mobile Banking
☐ Direct Deposit
☐ Online Statements
☐ Gold Line
☐ Overdraft Protection
☐ Auto-Save

If you would like to add or find out about any other services, please contact us at 1-844-246-9378.

For your protection: Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.







Member FDIC

EQUAL HOUSING LENDER

29 000 457/820 072207 000 954/53 000 007/8008

# BANK OF THE WEST | PREMIER
BNP PARIBAS GROUP



# Statement of Accounts

September 1, 2014 - September 30, 2014

Page 3 of 14

NOOR NORRIS
HELY J NORRIS

## EASY CHECKING   xxx-xx-7053

| ACCOUNT SERVICES |
| --- |
| This account has the following services: |
| ☑ Online Banking |
| ☑ Debit Card |

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

## ACCOUNT SUMMARY

| Beginning Balance | $7,407.14 |
| --- | --- |
| Total deposits and additions | 3,185.00 |
| Total withdrawals and subtractions | -2,319.50 |
| Ending Balance | $8,272.64 |

## EARNINGS SUMMARY

| Interest this statement period | $0.00 |
| --- | --- |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $8,793.15 |

## ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
| --- | --- | --- |
| 09/03 | Deposit | 3,185.00 |
| **Total Deposits** | | **$3,185.00** |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
| --- | --- | --- | --- | --- |
| | **Beginning Balance** | | | **$7,407.14** |
| 09/03 | Deposit | 3,185.00 | | 10,592.14 |
| 09/10 | ELECTRONIC DBT LOAN SERVICE ACH PYMT 091014 TEL | | -2,134.50 | 8,457.64 |
| 09/16 | Check Pa c #985087 | | -185.00 | 8,272.64 |
| | **Totals** | **$3,185.00** | **-$2,319.50** | |
| | **Ending Balance** | | | **$8,272.64** |



bankofthewest.com/premier

📱 1-844-246-9378

80000003000455 000228 45709070297 62000



# BANK OF THE WEST | PREMIER

**Statement of Accounts**

September 1, 2014 - September 30, 2014

BNP PARIBAS GROUP

NOOR NORRIS
HELY J NORRIS

## BANK OF THE WEST PREMIER CHKG  xxx-xx0542

Page 5 of 14

### ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | $71,987.90 |
| Total deposits and additions | 21,453.27 |
| Total withdrawals and subtractions | -44,329.91 |
| Ending Balance | $49,111.26 |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $2.23 |
| Interest credited year-to-date | $26.58 |
| Annual percentage yield earned | 0.05% |
| Average monthly balance | $54,884.57 |

### ACCOUNT SERVICES

This account has the following services:

☑ Online Banking
☑ Debit Card

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

## ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
|---|---|---|
| 09/08 | POS CREDIT | $40.00 |
| 09/11 | Deposit | 10,323.64 |
| 09/19 | POS CREDIT | 10.90 |
| 09/25 | POS CREDIT | 426.50 |
| 09/25 | Deposit | 1,350.00 |
| 09/25 | Deposit | 6,500.00 |
| 09/30 | Deposit | 2,800.00 |
| 09/30 | INTEREST PAID | 2.23 |
| **Total Deposits** | | **$21,453.27** |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$71,987.90** |
| 09/02 | DEBIT CARD POS UNITED 016260388/6184 800-932-2732 TX ON 140831 | | -25.00 | 71,962.90 |
| 09/02 | POS PURCHASE 198899 ATCO PAYPOINT CHATSWORTH CA | | -52.86 | 71,910.04 |



bankofthewest.com/premier

☎ 1-844-246-9378



# BANK OF THE WEST | PREMIER

BNP PARIBAS GROUP

## BANK OF THE WEST PREMIER CHKG  xxx-xx0542 *(continued)*

### ACTIVITY DETAIL

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 09/05 | POS PURCHASE 34159 1 SHELL Service S TRACY CA | | -$66.00 | $69,419.76 |
| 09/05 | ONLINE TRANSFER TRANSFER TO SAVINGS ****4066 | | -265.00 | 69,154.76 |
| 09/05 | ELECTRONIC DBT KAISER PERMANENT DIRECT PAY 090514 PPD | | -253.57 | 68,901.19 |
| 09/05 | ELECTRONIC DBT WF DEALER SVCES ONLINE PMT 090514 WEB | | -481.42 | 68,419.77 |
| 09/05 | POS CREDIT QUALITY INN - TRACY TRACY CA ON 140908 | 40.00 | | 68,459.77 |
| 09/08 | DEBIT CARD POS QUALITY INN - TRACY TRACY CA ON 140907 | | -70.39 | 68,389.38 |
| 09/08 | DEBIT CARD POS QUALITY INN - TRACY TRACY CA ON 140908 | | -70.39 | 68,318.99 |
| 09/08 | DEBIT CARD POS ROMANOS 1203 NORTHRIDGE CA ON 140908 | | -35.62 | 68,283.37 |
| 09/08 | DEBIT CARD POS SOUPLANTATION 96 002 NORTHRIDGE CA ON 140908 | | -21.12 | 68,262.25 |
| 09/08 | POS PURCHASE 408653 WHOLEFDS PTR 1 NORTHRIDGE CA | | -74.07 | 68,188.18 |
| 09/08 | POS PURCHASE 832707 FOREVER 21 INC NORTHRIDGE CA | | -103.22 | 68,084.96 |
| 09/08 | POS PURCHASE 641491 HCOK00357 Northridge CA | | -48.98 | 68,035.98 |
| 09/08 | POS PURCHASE 249130 H&M NORTHRIDGE CA | | -55.37 | 67,980.61 |
| 09/08 | POS PURCHASE 000620 MACY'S 49 NORTHRIDGE CA | | -92.65 | 67,887.96 |
| 09/08 | POS PURCHASE 309149 SEPHORA 730 NORTHRIDGE CA | | -136.20 | 67,751.76 |
| 09/08 | POS PURCHASE 000018 ZUMIEZ #344 NORTHRIDGE CA | | -59.86 | 67,691.90 |
| 09/08 | POS PURCHASE 508281 FOOT LOCKER 06908 NORTHRIDGE CA | | -130.80 | 67,561.10 |
| 09/08 | POS PURCHASE 540800 VANS #153 NORTHRIDGE CA | | -49.05 | 67,512.05 |

bankofthewest.com/premier

  1-844-246-9378

8000050006569000002000 4570201976



# BANK OF THE WEST | PREMIER
BNP PARIBAS GROUP

Statement of Accounts
September 1, 2014 - September 30, 2014

## BANK OF THE WEST PREMIER CHKG  xxx-xx0542 *(continued)*

### ACTIVITY DETAIL

**Transaction Detail**

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 09/15 | DEBIT CARD POS<br>CJ GRAND SPA NORTHRIDGE CA ON 140915 | | -$45.00 | $70,437.98 |
| 09/15 | POS PURCHASE<br>077650 WM SUPERCENTER PORTER RANCH CA | | -35.94 | 70,402.04 |
| 09/15 | POS PURCHASE<br>831803 MCDONALD'S F23 PORTER RANCH CA | | -28.25 | 70,373.79 |
| 09/15 | DEBIT CARD POS<br>LITTLE CAESARS 5726 06 CHATSWORTH CA ON 140915 | | -22.77 | 70,351.02 |
| 09/15 | POS PURCHASE<br>916772 SUPER KING MAR NORTHRIDGE CA | | -30.95 | 70,320.07 |
| 09/16 | Check Paid #3168 | | -27,204.00 | 43,116.07 |
| 09/16 | DEBIT CARD POS<br>NAILSPA SALON INC CHATSWORTH CA ON 140916 | | -58.00 | 43,058.07 |
| 09/16 | DEBIT CARD POS<br>ANTHEM BC RC-12 01 C23 855-383-7247 :N ON 140916 | | -325.32 | 42,732.75 |
| 09/16 | DEBIT CARD POS<br>ANTHEM BC RC-12 01 C23 855-383-7247 :N ON 140916 | | -10.72 | 42,722.03 |
| 09/16 | POS PURCHASE<br>006427 RALP+S NORTHRIDGE CA | | -205.10 | 42,516.93 |
| 09/16 | POS PURCHASE<br>018205 CVS 09G833 Porter Ranch CA | | -57.97 | 42,458.96 |
| 09/16 | POS PURCHASE<br>246645 Wal-Mart Super PORTER RANCH CA | | -280.92 | 42,178.04 |
| 09/16 | POS PURCHASE<br>042439 SUPER KING MAR NORTHRIDGE CA | | -28.16 | 42,149.88 |
| 09/16 | POS PURCHASE<br>844024 TRADER JOE'S # CHATSWORTH CA | | -13.15 | 42,136.73 |
| 09/16 | Check Paid #3166 | | -500.00 | 41,636.73 |
| 09/16 | Check Paid #3167 | | -480.00 | 41,156.73 |
| 09/17 | POS PURCHASE<br>083317 WHOLEFDS PTR 1 NORTHRIDGE CA | | -107.79 | 41,048.94 |
| 09/18 | POS PURCHASE<br>121560 TWC LOS ANGELES EL SEGUNDO CA | | -417.68 | 40,631.26 |

bankofthewest.com/premier



1-844-246-9378

029 02927 01631 000 00168 0006/0008

# BANK of the WEST | PREMIER

BNP PARIBAS GROUP



## Statement of Accounts

September 1, 2014 - September 30, 2014

Page 11 of 14

## BANK OF THE WEST PREMIER CHKG  xxx-xx0542 *(continued)*

### Transaction Detail

**ACTIVITY DETAIL**

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 09/25 | Deposit | $6,500.00 | | $47,682.97 |
| 09/25 | POS PURCHASE<br>105920 SMARTINFINAL512 WINNETKA CA | | -44.38 | 47,638.59 |
| 09/26 | DEBIT CARD POS | | -18.00 | 47,620.59 |
| 09/26 | POS PURCHASE<br>BOMBAY SPICELAND NORTHRIDGE CA ON 140926 | | -126.38 | 47,494.21 |
| 09/26 | DEBIT CARD POS<br>002888 ULTA NORTHRIDGE CA | | -40.20 | 47,454.01 |
| 09/29 | DEBIT CARD POS<br>VILLAGE TANDOOR NORTHRIDGE CA ON 140928 | | -168.95 | 47,285.06 |
| 09/29 | DEBIT CARD POS<br>ANASTASIA BEVERLY HILL LOS ANGELES CA ON 140928 | | -57.00 | 47,228.06 |
| 09/29 | POS PURCHASE<br>THE NAIL FORUM PORTER RANCH CA ON 140929 | | -54.90 | 47,173.16 |
| 09/29 | POS PURCHASE<br>452820 ARCO PAYPOINT GRANADA HILLSCA | | -66.58 | 47,106.58 |
| 09/29 | POS PURCHASE<br>004311 JOANN STORES, NORTHRIDGE CA | | -13.05 | 47,093.53 |
| 09/29 | POS PURCHASE<br>098189 CVS 09533 09533-- Porter Ranch CA | | -55.17 | 47,038.36 |
| 09/30 | Deposit<br>765285 SUPER KING MKR NORTHRIDGE CA | 2,800.00 | | 49,838.36 |
| 09/30 | Deposit | | | 49,316.03 |
| 09/30 | DEBIT CARD POS<br>Z GALLERIE 34 WOODLAND HILL CA ON 140930 | | -522.33 | 49,288.83 |
| 09/30 | POS PURCHASE<br>012610 PACIFIC SUNWEA CANOGA PARK CA | | -27.20 | 49,263.00 |
| 09/30 | POS PURCHASE<br>093447 FOREVER 21 INC CANOGA PARK CA | | -25.83 | 49,133.76 |
| 09/30 | POS PURCHASE<br>828205 WM SUPERCENTER PORTER RANCH CA | | -129.24 | 49,124.28 |
| 09/30 | DEBIT CARD POS<br>IN-N-OUT BURGER #206 CANOGA PARK CA ON 140930 | | -9.48 | |

 
0C0002 4572029T 002232 000463 0007/0007/0008