**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Russell Clementson, Bar No. 143284
Attorney for the U.S. Trustee
**UNITED STATES TRUSTEE**
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-0276
Email: russell.clementson@usodj.gov

FILED & ENTERED

NOV 19 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

NOOR and HELY NORRIS,

     Debtor(s).

) Case No.: 1:11-bk-18591-VK
)
) Chapter 11
)
) ORDER CONVERTING CASE TO
) CHAPTER 7 ON COURT'S STATUS
) CONFERENCE
)
) Date: November 6, 2014
) Time: 1:00 p.m.
) Ctrm: 301
) 21041 Burbank Blvd.
) Woodland Hills, CA 91367

  The Court's Status Conference came on for hearing on the above date and time. Appearances were made as reflected on the record. *On the debtors' motion, this case was converted to chapter 11 on December 9, 2011. Pursuant to 11 U.S.C. §§ 105(a) and 1112(b)(1) and (4), the debtors not having confirmed a chapter 11 plan by the deadline set by the Court, the Court having determined that the debtors' Fourth Amended Disclosure Statement does not contain adequate information as required to solicit acceptances or rejections of the debtors' Fourth Amended Chapter 11 Plan and that it is in the best interest of creditors and the estate to convert this case to one under chapter 7 and not to dismiss this case,* and the Court having considered the

remainder of the record herein, the arguments of counsel and interested parties, and for good cause appearing,

IT IS HEREBY ORDERED that that this case be and hereby is CONVERTED to chapter 7.

IT IS FURTHER ORDERED that the debtors *must* comply with Federal Rule of Bankruptcy Procedure 1019.

###

Date: November 19, 2014

Victoria S. Kaufman
United States Bankruptcy Judge