1  NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
   U.S. Bank Tower
2  633 West 5th Street, Suite 2600
   Los Angeles, California  90071
3  (213) 488-9411   FAX:  (213) 488-9418

4  Chapter 7 Trustee

6              UNITED STATES BANKRUPTCY COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8               SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:11-bk-18591-VK |
| NOOR NORRIS AND HELY NORRIS, | Chapter 7 |
| Debtors. | TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL; DECLARATION OF DISINTERESTEDNESS |
| | [11 U.S.C. §327(c), FRBP 2014 and LBR 2014-1(b)(2)] |
| | (No hearing required) |

TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTORS, DEBTORS' COUNSEL, AND OTHER PARTIES IN INTEREST:

Chapter 7 Trustee Nancy Hoffmeier Zamora ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned case (the "Case") of debtors Noor Norris and Hely Norris ("Debtors") hereby applies to the Court for authority to employ the Law Office of Brad S. Sures (the "Firm") as Trustee's special counsel for the purposes and on the terms as set forth more fully herein below, pursuant to 11. U.S.C. §327(c).  This application (the "Application") is made on the basis of the following facts.

1.   On July 8, 2011 (the "Petition Date") Debtors filed a voluntary petition for relief under Chapter 7 of the United

Norris/spec. counsel employment.001                    1

States Bankruptcy Code commencing the above-captioned bankruptcy case assigned case no. 1:11-bk-18591-VK (the "Case").

2. Trustee is the duly appointed, qualified, and acting Chapter 7 Trustee for the Estate.

3. The assets of the Estate include that certain residential real property, commonly known as 1546 East Kettering Street, Lancaster, California 93535 (the "Real Property").

4. Pursuant to the Court's order entered October 14, 2016, Trustee is authorized to sell the Real Property (the "Sale Order") [docket no. 482] to the proposed buyer ("Buyer").

5. The Sale Order provides that the tenant(s) at the Real Property ("Tenant") was to vacate the Real Property by November 21, 2016 and refers to a separate stipulation that Tenant was to execute with Trustee. Tenant refused to execute the stipulation and refused to vacate the Real Property after numerous demands by Trustee.

6. Trustee cannot close the pending sale escrow related to the Sale Order until Tenant vacates or is removed from the Real Property.

7. Trustee needs to retain special counsel to advise Trustee on landlord-tenant law, to prepare and serve required notices to Tenant, to file an unlawful detainer action against Tenant, and to provide such other related legal advice and service as are required for Trustee to deliver the Real Property vacant to Buyer pursuant to the Sale Order.

8. Trustee wishes to employ the Firm as Trustee's special counsel pursuant to 11 U.S.C. §327. Although the Firm does not represent a creditor in this Case, the Firm does represent a

creditor in another, unrelated case, that Trustee is administering and for which Trustee filed an application to employ the Firm as special litigation counsel for landlord-tenant issues, similar to the instant Case.  (In re Marco Antonio Cordova, case no. 1:15-bk-11773-MB.)

9.   As evidenced by the Declaration of Brad S. Sures on behalf of the Firm, attached hereto and incorporated herein by reference, the employment of the Firm as special counsel is in the best interest of the Estate, and the Firm does not represent or hold any interest adverse to Debtors or the Estate with respect to the matter on which the Firm is to be employed.

10.  The Firm is willing to represent Trustee with respect to landlord-tenant law and to file an unlawful detainer action. The Firm is familiar with the type of legal representation generally, and Trustee believes that the Firm will competently, efficiently, and timely provide the legal services required by the Estate.  Although the Firm is not familiar with representing bankruptcy trustees, Trustee is a bankruptcy attorney and has employed general bankruptcy counsel in the Case.

11.  The Firm has not received a retainer and only may be compensated from the Estate as approved by the Court upon written notice to creditors pursuant to 11 U.S.C. §330(a).  The Firm is seeking to be paid on an hourly basis, plus costs and actual out-of-pocket expenses.  It is anticipated that Brad S. Sures will provide all or most of the legal work necessary on behalf of the Firm and his hourly billing rate is $300.00 per hour.

12.  Trustee caused notice of the Application to be given to those entitled thereto per Local Bankruptcy Rule 2014-1(b)(2).

13. Trustee requests that the employment of the Firm as special counsel be effective as of November 15, 2016.

WHEREFORE, Trustee respectfully requests that an order be entered authorizing, pursuant to 11 U.S.C. §§327(c) and 330, and in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b)(2), the employment of the Firm on the terms stated herein.

Dated: November 29, 2016

*[signature]*
Nancy Hoffmeier Zamora
Chapter 7 Trustee

## DECLARATION OF BRAD S. SURES

I, Brad S. Sures, declare:

1.   I am an attorney at law and a member of the State Bar of California. I am the principal of the Law Office of Brad S. Sures (the "Firm"), whose business address is 10803 Gloria Avenue, Granada Hills, California 91344. The Firm's office phone number is (818) 363-9991 and facsimile number is (818) 363-0220. I am authorized to make this Declaration on behalf of the Firm.

2.   This Declaration is made in support of the Trustee's Application to Employ Special Counsel (the "Application") to which the Declaration is attached. The Firm is well qualified to represent Trustee in this matter, as can be seen by the Firm's resume, a true and correct copy of which is attached hereto as Exhibit A and incorporated herein by reference.

3.   The Firm understands and agrees to accept employment on grounds that its fees will be subject to approval by the Court after notice and a hearing pursuant to 11 U.S.C. §330.

4.   The Firm has not been paid a monetary retainer. The Firm seeks to be paid on an hourly basis, plus costs and actual out-of-pocket expenses. It is anticipated that I will provide all or most of the legal work necessary on behalf of the Firm and my current hourly billing rate is $300.00 per hour.

5.   The Firm is not a creditor of Debtors. The Firm is not an equity security holder or an insider of Debtors. The Firm does not have any previous connection with any insider of Debtors or any insider of an insider of Debtors. The Firm has no prior connection with Debtors, any creditors of Debtors or the Estate, or any other party in the Case, or any of Debtors' respective

attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

    6.   The Firm is not and was not an investment banker for any outstanding security of Debtors. The Firm has not been, within three (3) years before the Petition Date, an investment banker for a security of Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of Debtors. Neither the Firm nor any member of the Firm is, nor was, within two years before the Petition Date, a director, officer or employee of Debtors or of any investment bank for any security of Debtors.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 29th day of November 2016 at Granada Hills, California.

                                                    /s/ Brad S. Sures
                                                    BRAD S. SURES

# EXHIBIT A

# BRAD S. SURES

10803 Gloria Avenue
Granada Hills, CA 91344
Telephone: (818) 363-9991
Facsimile: (818) 363-0220
Email: brad@sureslaw.com

## **OBJECTIVE**

To provide integrated business and legal strategies and services from more than 30 years experience and expertise in real estate asset management, commercial transactions and litigation for commercial real estate owners.

## PROFESSIONAL EXPERIENCE

**Law Office of Brad S. Sures, Granada Hills, CA**

Legal practice specializing in commercial real estate transaction and litigation matters, October, 2001-present.

### **WESTWOOD FINANCIAL CORP., LOS ANGELES, CA**

Vice President/Legal Counsel, January, 1992 – September, 2001

- Involved in asset management aspects of business on daily basis to maximize income and profitability of approximately 120 shopping centers in the Western Region United States.
- Provided transactional and legal services for all aspects of assets.
- Part of executive team which created and implemented successful business plan which "reinvented" major strip center owner to major neighborhood shopping center owner throughout Southern California and Arizona. Plan encompassed disposition of smaller profit strip centers to higher profit neighborhood shopping centers.

### **DUCKETT-WILSON DEVELOPMENT COMPANY, LOS ANGELES, CA**

Vice President/Legal Counsel, 1987 – 1991

- Oversaw all aspects of asset management, including property management and leasing.
- Provided all legal services, both transactional and litigation for portfolio of 50 plus neighborhood shopping centers throughout California.
- Increased overall profitability of partnerships on average of 12% per year, cumulative.

### **KINKLE, RODIGER & SPRIGGS, APC, LOS ANGELES, CA**

Associate, Civil Litigation Trial Attorney Specializing in Real Estate, Business and Personal Injury, 1981 – 1987

- Managed and responsible for over 200 active litigation files.
- Assisted management in training new associates.
- Responsible for hiring and oversaw training of support staff.

## EDUCATION

**University of Baltimore School of Law, Juris Doctor, 1980.**

- Editor-in-Chief of Law Forum 1979-80; President of Student Bar Association 1978-79

**University of Maryland, Bachelor of Science, 1975**

- Bachelor Science Economics

## REFERENCES

- Steven J. Fogel, Principal, Westwood Financial Corp., Los Angeles
- Robert S. Wilson, Principal, Duckett-Wilson Development Co., Los Angeles

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):
**TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL; DECLARATION OF DISINTERESTEDNESS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 30, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov; Katherine Bunker, kate.bunker@usdoj.gov; Russell Clementson, russell.clementson@usdoj.gov
Chapter 7 Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.epiqsystems.com
Trustee's Counsel: Jessica L. Bagdanov, jbagdanov@brutzkusgubner.com, ecf@brutzkusgubner.com, Reed Bernet, rbernet@brutzkusgubner.com, ecf@brutzkusgubner.com
Debtors' Counsel: Dennis E. McGoldrick, dmcgoldricklaw@yahoo.com
Creditors' Counsel: Michael W. Aiken, MAiken@NBDSDefaultServices.com; Patti Bass, ecf@bass-associates.com; Marian Garza, ecfnotices@ascensioncapitalgroup.com; Stella Havkin, stell@havkinandshrago.com, havkinlaw@earthlink.net; Douglas R. Irvine, Irvine@lbbslaw.com; Paul H. Kim, Pkin@counsel.lacounty.gov; Richard M. Moneymaker, rmm@makerlaw.com; Marisol. A Nagata, cdcaecf@bdfgroup.com; Vernon A. Nelson, vernon.nelson@lewisbrisbois.com, susan.awe@lewisbrisbois.com, lani.maile@lewisbrisbois.com, Margaret.Foley@lewisbrisbois.com, Karissa.Neff@lewisbrisbois.com, Annemarie.gourley@wilsonelser.cor, Tom Roddy Normandin, tnormandin@pnbd.com, nwong@pnbd.com, cathyjones@pndb.com; Casey J. OConnell, casey@caseyocnnelllaw.com, colaw@ecf.inforuptcy.com; Josephine E. Salmon, ecfcacbrs@piteduncan.com, JES@ecf.inforuptcy.com, jsalmon@aldridgepite.com; James A. Stearman, jas007jas@gmail.com; Howard Steinberg, steinbergh@gtlaw.com, laik@gtlaw.com, pearsalt@gtlaw.com; Michael K. Sugar, msugar@thelobelfirm.com; Todd S. Garan, ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com, tgaran@aldridgepite.com; Darlene C. Vigil, cdcaecf@bdfgroup.com; Donna L. La Porte, donna@laportelaw.net; brittany@laprotelaw.net; Edward A. Treder, cdcaecf@bdfgroup

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 30, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors: Noor & Hely Norris, 20358 Via Sansovino, Northridge, CA 91326
Trustee's Proposed Special Counsel: Brad S. Sures, Esq., Law Office of Brad S. Sures, 10803 Gloria Ave, Granada Hills, CA 91344
Trustee's CPA: Samuel R. Biggs, CPA, SLBIGGS, A Division of SingerLewak, 10960 Wilshire Blvd., 7th FL, Los Angeles, CA 90024
Trustee's Broker: Behnaz Tavakoli, Rodeo Realty, Inc., 23901Calabasas Road, Suite 1050 Calabasas, CA 91302
U.S Trustee: Kate Bunker, Esq., Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 30, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2016 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        **F 9013-3.1.PROOF.SERVICE**